# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RECEPTREXX LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:23-CV-00213-JRG |
| § | |
| TEXAS INSTRUMENTS, INC., § | |
| § | |
| *Defendant*. § | |
| § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice (the "Stipulation") filed by Plaintiff RecepTrexx LLC ("Plaintiff") and Defendant Texas Instruments, Inc. ("Defendant"). (Dkt. No. 12.) In the Stipulation, Plaintiff and Defendant jointly stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to dismiss this action with prejudice. (Dkt. No. 12 at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and counterclaims between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees, costs, and expenses. All other requests for relief in the above-captioned case are **DENIED AS MOOT**.

The Clerk of the Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Jul 27, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE